```
GOLDSMITH & BURNS
Carl N. Marschall SBN#: 71823
Attorneys at Law
18425 Burbank Blvd. #615
Tarzana, CA 91356
Tel: 818-708-2585
Fax: 818-996-4537

f:\carl\5111138.cjd

Attorney for the Plaintiff
```

JS-6

ENTERED
CLERK, U.S. DISTRICT COURT
JUN 2 8 2000
CENTRAL DISTRICT OF CALIFORNIA
DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV00-3304 JSL |
| Plaintiff, | CONSENT JUDGMENT |
| vs. | ✓ Docketed |
| ALEIDA MARRERO HERNANDEZ, aka ALEIDA HERNANDEZ, aka ALEIDA MARRERO, | ___ Copies / NTC Sent<br>✓ JS-5 / JS-6<br>___ JS-2 / JS-3 |
| Defendant. | ___ CLSD |

    Plaintiff, United States of America, having filed its Complaint herein and the defendant, having consented to the making and entry of this Judgment without trial, hereby agree as follows:

    1.    This Court has jurisdiction over the subject matter of this litigation and over all parties thereto (28 U.S.C. Section 1345). The Complaint filed herein states a claim upon which relief can be granted.

    2.    The defendant hereby acknowledges and accepts service of the Complaint filed herein. Defendant acknowledges and agrees that the facts and allegations made therein are true and correct.

    3.    The defendant hereby agrees to the entry of Judgment in the principal amount of $2,678.63, plus interest accrued to June

5, 2000 in the sum of $3,099.22; with interest accruing thereafter at $.41 per day until entry of judgment; plus attorney fees in the sum of $467.86, and cost in the sum of $190.00.

4. Defendant will make monthly payments to plaintiff in the amount of $25.00, beginning June 23, 2000 and continuing monthly until fully paid.

5. The payment rate will be reevaluated annually and will be modified, as necessary, to take into account the change economic circumstances of the defendant.

6. For purposes of evaluation and possible modification, the defendant will provide plaintiff with copies of defendant's Federal Income Tax returns including all attachments and complete Financial Statement on a form provided by plaintiff, two (2) months prior to the first anniversary of the date the judgment is entered, and at the same time each year thereafter, until the debt is fully paid.

7. Under no circumstances, will the monthly payment rate be lower than $25.00.

8. Should defendant become delinquent for period of fifteen days in making any payment due hereunder, plaintiff shall have the right to immediately enforce the full balance then due on this consent judgment after giving credit for any payments made in accordance with the applicable laws.

9. Liens will be recorded with the applicable County Recorder wherein defendant resides or owns real property and defendant shall bear the cost of such transactions.

10. When the amount of the consent judgment is full paid, plaintiff shall prepare and file with the Clerk of the Court a

Satisfaction of Judgment and provide defendant with Release of Lien Under Abstract of Judgment for defendant to record with the applicable County Recorders.

11. This consent judgment will accrue interest at the legal rate from the date of entry until Satisfied.

Dated: 6-17-00

ALEIDA HERNANDEZ MARRERO

11825 La Reina Ave.
(Defendant's Address)

Downey, CA 90241

(562) 923-1066
(Defendant's Telephone Number)

Date: June 22, 2000

CARL N. MARSCHALL
Attorney for the
United States of America

IT IS APPROVED AND SO ORDERED ON:

Date: 6/26/00

UNITED STATES DISTRICT JUDGE